**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roger Larson

Plaintiff,

vs.

Amtrust, Inc., a Wyoming Corporation

Defendant.

Court File No. 00-2653DWF/AJB

**STIPULATION AND ORDER FOR DISIMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, acting by and through their counsel, that the above-entitled action may be and hereby is dismissed, without prejudice, without the assessment of costs or expenses to either party and that a judgment of dismissal without prejudice may be entered by the Court.

Dated: 2-1, 2001

Valdis A. Silins
Attorney I.D. No. 12221X
Suite 1440
501 Marquette
Minneapolis, MN 55402
(612) 375-1440
Attorneys for Plaintiff
Roger C. Larson

Dated: 2-2, 2001

Paul Ratelle #127632
920 Second Avenue South
Suite 1100
Minneapolis, Minnesota 55402
Attorney for Defendant

FEB 05 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED AND DECREED that the above-entitled matter is hereby dismissed without prejudice.

Dated: 2/5/2001

United States District Court Judge